GEORGE W. BAKEOVEN, Respondent, v. MAY C. BETTS and HARRY W. GERLING, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

IRVING R. COUGHTRY, Appellant, v. MOROZE REALTY COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

MARY R. BURKE, Respondent, v. SAMUEL BONAT and HARRY BONAT, a Copartnership, Doing Business under the Firm Name and Style of SAMUEL BONAT & BRO., Appellants.— Judgment and order affirmed, with costs. Hinman, Acting P. J., Davis, Whitmyer and Hasbrouck, JJ., concur; Hill, J., dissents and votes for reversal and a new trial on the ground that the question of the authority of the agent should have been submitted to the jury.

CHARLES H. INMAN, Respondent, v. FREDERICK W. SMYTHE, Doing Business under the Trade Name of " YONKERS NURSERY," Appellant.— Judgment unanimously affirmed, with costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

EARL J. HANOR, Respondent, v. JAMES J. HATHAWAY, Appellant, and Others.— Judgment unanimously affirmed, with costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

CLAIR L. WHITAKER and Another, Respondents, v. JOHN SCHANBACK, Appellant.— Judgment unanimously affirmed, with costs. Appeals from orders dismissed. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM McKINNEY, Appellant, v. HARRY M. KAISER, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Order dismissing writ of habeas corpus unanimously affirmed. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ROSELLE BEETEN, Respondent, v. LULU E. McLEOD and Another, Appellants. — Judgment unanimously affirmed, with costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

MARATHON RUBBER COMPANY, INC., Respondent, v. HYMAN HOROWITCH, Doing Business under the Firm Name and Style of " SOUTHERN TIER TIRE COMPANY," Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of CARRIE DECKER, Respondent, against ROSENWEIG COMPANY, Impleaded with NEW AMSTERDAM CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal of the insurance carrier dismissed, with the privilege, however, of making application to this court under section 107 of the Civil Practice Act, providing the insurance carrier pays compensation up to the time of said application and thereafter if so directed by this court until the decision of the case. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOE SENDLER, Respondent, against SAMUEL GOLDSTEIN, Impleaded with NEW AMSTERDAM CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Appeal of the insurance carrier dismissed, with the privilege, however, of making application to this court under section 107